COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-02-362-CV

RONALD APPLEWHITE APPELLANT

V.

JERRY OWENS APPELLEE

----------

FROM COUNTY COURT AT LAW NO. 2 OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same.

PER CURIAM

PANEL D: GARDNER, J.; CAYCE, C.J.; WALKER, J.

[DELIVERED JANUARY 9, 2003.]

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.